IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC.,<br><br>         Plaintiff,<br>   v.<br><br>WEATHERFORD INTERNATIONAL, INC.,<br><br>         Defendant. | CIVIL ACTION NO. 3:10-CV-02595-N<br><br>Jury Demanded |

## NOTICE OF APPEARANCE

Richard L. Stanley hereby makes his appearance as counsel in the above referenced matter on behalf of defendant Weatherford International, Inc., and requests that he receive electronic notice of all filings in the above-referenced action through the Court's electronic case filing system.

DATED: February 13, 2012

Respectfully submitted,

By : /s/ *Richard L. Stanley*
   Richard L. Stanley
   Texas Bar No. 19047900
   Email:  rstanleylaw@gmail.com
   P.O. Box 7967
   Houston, Texas  77270
   Telephone:  (832) 656-4277

Of Counsel:
John F. Lynch
   Texas Bar No. 12728000
   Email:  john@ipnorthwest.com
4123 Paradise Bay Road
Port Ludlow, WA  98365
Telephone: (360) 437-7605
Facsimile: (360) 437-4038

   Stephen H. Cagle – (Lead Attorney)
      Texas Bar No. 03591900
      Email:  scagle@winston.com
   Stephen L. Lundwall
      Texas Bar No. 12696980
      Email:  slundwall@winston.com
   Eric S. Schlichter
      Texas Bar No. 24007994
      Email:  eschlichter@winston.com
   Michelle C. Replogle

1

       Texas Bar No. 24034648
        Email: mreplogle@winston.com
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 651-2600
Facsimile:  (713) 651-2700

<u>Local Counsel</u>:
E. Leon Carter
   Texas Bar No. 03914300
Email:  lcarter@carterstafford.com
J. Robert Arnett II
   Texas Bar No. 01332900
Email:  barnett@carterstafford.com
Carter Stafford Arnett Hamada & Mockler PLLC
8150 N. Central Expressway, Ste. 900
Dallas, Texas 75206
Telephone: (214) 550-8188
Facsimile:  (214) 550-8185

ATTORNEYS FOR WEATHERFORD INTERNATIONAL, INC.

2

**CERTIFICATE OF SERVICE**

   I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 13th day of February, 2012, with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by email or U.S. First Class Mail on this same date.

                  */s/ Richard L. Stanley*