3:10cv 2595-N
Halliburton v. Weatherford

Jury Note

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 17 2012

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

QUESTION 2 -    Note 2
COURT Charge

Do will HAVE TO ASSUME the Patent Office was Correct. Before WE MAKE A Judgement ON this CASE

Feb 16, 12

Mary Salursia

Please refer to the bottom paragraph on page 5 regarding burden of proof and the first two paragraphs of the instructions for Question No. 2 on page 19.

D. Godley

Jury Question #3

Can the Demonstrative be viewed by the jury?

[signature] 2-17-12

Sorry, no. [signature]

Jury Question #4

Can the court supply the exhibit number for Mr. Britven?

[signature] Julitano 2/17/12

We are not sure what you want. There were no exhibits admitted in connection with Mr. Britven's testimony

[signature] D. Godsey

Jury Question #5

Are we allowed a calculator?

[Signature] 2-17-12

2·16·12

I Mary Mbuzie request to be removed Head juror.

Mary Mbuzie

The jury is free to select a different presiding juror at any time.

D*C Godby

Note

an we take Court's to the jury - Document Home

You may take your personal copies of the Court's Charge to the Jury home with you

*[signature]*